IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division



| UNITED STATES OF AMERICA, | ) | CRIMINAL No. 3:07mj253 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL A. EADES, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES that on or about April 03, 2007, at Fort A.P. Hill, property administered by the Department of Defense, in the Eastern District of Virginia and within the jurisdiction of this Court, and being a place within the special territorial jurisdiction of the United States, MICHAEL A. EADES was found operating a motor vehicle on a highway in Virginia, after his license and privilege to operate a motor vehicle had been suspended, this being his third offense.

(In violation of Title 18, United States Code, Section 13, assimilating 1950 Code of Virginia, as amended, Sections 46.2-301.)

                                                                               CHUCK ROSENBERG
                                                                               UNITED STATES ATTORNEY

By: *Sara E Chase*
       Sara E. Chase
       Assistant United States Attorney