# United States District Court

_Eastern_ DISTRICT OF _Virginia_

**F I L E D**
MAY - 8 2007
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## CRIMINAL MINUTES

Proceedings before Magistrate: _Dohnal_ Dated: _May 8, 2007_   Tape: _FTR_

Magistrate's/Case No. _3:07MJ253_

| UNITED STATES OF AMERICA | : Initial/Preliminary Hearing | ( ) |
| | : Arraignment/Trial | ( ) |
| v. | : Probation/Identity | ( ) |
| | : Rule 5(a)/Bond Hearing | ( ) |
| _Michael A. Eades_ | : Sentencing | ( ) |
| | : Other _____ | ( ) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Officer/Agency _____

AUSA _N. George Metcalf / Drew Mann (Intern)_

Counsel _w/o counsel_

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MINUTES: _Matter came on for initial appearance. Deft. advised of charges/penalties and rights. Deft. requested court-appointed counsel. Financial affidavit executed. Request granted. Clerk directed to appoint counsel. Matter continued to May 29, 2007 @ 10:00 A.M._

JUDGMENT: _____

PRESENTENCE REPORT ORDERED: _____

DEFENDANT RELEASED ON BOND: _____

SENTENCE: _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Case Set: _____   Case Called: _____   Case Ended: _____   Total: _____